Opinion filed June 8, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed June 8, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00226-CV 

                                                    __________

 

                   PEISNER JOHNSON & COMPANY, L.L.P., Appellant

 

                                                             V.

 

      EAGLE
CONSTRUCTION AND ENVIRONMENTAL SERVICES, L.P.,

        Appellee

 



 

                                          On
Appeal from the 91st District Court

 

                                                        Eastland County, Texas

 

                                             Trial
Court Cause No. CV-03-39456

 



 

                                             O
P I N I O N  O N  R E H E A R I N G

The parties have filed in this court a joint
motion for rehearing asking this court to withdraw our opinion and judgment
dated May 11, 2006.  The parties further
request that this court enter a new judgment based on the parties= settlement agreement that Eagle
Construction and Environmental Services, L.P. take nothing and that each party
pay its own share of the costs.  The
motion is granted.








The opinion and judgment dated May 11, 2006, are
withdrawn.  The judgment of the trial
court is reversed, and judgment is rendered that Eagle Construction and
Environmental Services, L.P. take nothing against Peisner Johnson &
Company, L.L.P.

 

PER CURIAM

 

June 8, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.